Levelt Francois, Reg. No 14584-083
P.O. Drawer 30
McRae, GA 31055

November 6, 2008

Honorable Katharine Hayden
U.S. District Judge
U.S. District Court
district of New Jersey
P.O. Box 999
Newark, NJ o7501



Re: US v. Francois, 05cr743
**Emergency Request**
**Mother's Death and request for Court Order To Attend Funeral**

Your Honor:

    I write this letter as an emergency seeking a court order for leave and transportation to attend my mother's funeral deceased on Monday November 3, 2008.

    I don't know if your honor ever received the letter that she had sent you before my sentencing. She had made a passionate plea to you to give me and her both a chance to see each other again before she died. At that time she was sick in a hospital bed. Well, that did not happen. We never had a chance to see each other until she passed away last Monday.

    Your Honor, there is nothing that can be more painful to me for her to die while I am away, and principally because there was noone that really cared for her like I did. She is one of the reasons why I am where I am today because I would do any sacrifice to return to her in the United States when I knew she was old, mistreated, and unable to do nothing about it. she didn't die because she was too old but because she didn't have a son or daughter that caring enough to care for senior citizen.

    She was the most important person in my life. I know I can't reverse what has already happened, but your honor, if you would please grant me the possibility to at least see the body, her face, before she is burried, my soul will continue to thank you even after I, too, shall depart.

    I don't know how this private prison works with types of situations, but your please, if it can be done I ask for special instructions that I not be handcuffed or restrained in any way when appearing in the funeral. If I cannot

unrestrained, I prefer not to go at all. It would cause more psychological and emotional harm on myself and my family, if I were to appear in restraint and handcuffed.

The funeral is scheduled for Saturday November 15, 2008 in the morning. Enclosed please find correspondence from the funeral home.

Your Honor, I extend my most grateful thanks and gratitude.

Sincerely Yours,
Levelt Francois

cc: Erez Lieberman, Esq.
Assistant U.S. Attorney

*The Court does not have the authority to consider this request; issue is within the discretion of the Bureau of Prisons.*

*11/14/08*